Exh 1

# RESPONDENT'S SWORN AFFIDAVIT

I, Robert Savio Panton, declare under penalty of perjury that the following is true and correct:

## *I.* Introduction

1.      My name is Robert Savio Panton. I am 59 years old and I live in Harlem, New York. I was born in Kingston, Jamaica on December 31, 1965, but I came to the United States as a lawful permanent resident when I was four years old. I lived in the United States nearly all of my life. I do not have many memories of Jamaica and have no family there.

2.      My home is here in the United States, specifically in Harlem, where I grew up. I am a father to three adult U.S. citizen children and a grandfather to nine U.S. citizen grandchildren. My three sisters are all U.S. citizens.

3.      I am not a young man anymore. I have a lot of health issues now and I need a lot of medical attention. In New York, I have a team of specialists who are treating me to address debilitating chronic back pain, a tear in my right knee and concussion, stemming from a series of accidents. I am scheduled for a lower back epidural on March 27 with my doctor at Pain Management Specialists of New York and I am in the process of completing the necessary lab work and texts to schedule a surgery on my right knee with my orthopedic surgeon, Dr. Steven Struhl. Thereafter, I am supposed to get back surgery. I am terrified of being sent to Jamaica, where I will have no health insurance and no access to my doctors. Without my upcoming procedures, my physical health will continue to deteriorate. I already struggle to walk and stand for more than 20 minutes at a time. Here in New York, I have my family and my community of friends to help me, but in Jamaica I would have no support.

4.      Ever since I was put in removal proceedings in 2020, I have tried my best to seek relief and demonstrate that I am an asset to my family and my community as I work to make Harlem safer for everyone.

5.       I was put in removal proceedings because when I was young, I got involved in the sale of drugs in my community. I was arrested in 1991, and in 1994 I was sentenced to life in federal prison. I will forever regret my role in the devastating effects that drugs had in my community. While I was in prison, I committed myself to making reparations. In August 2020, Judge Preska of the Southern District of New York re-sentenced me and released me because she found that I had rehabilitated myself and because of my health conditions. After my release from prison, I was detained by Immigration and Customs Enforcement (ICE).

1

6.      I was ordered removed by Immigration Judge Cole in January 2021, but I was released from immigrant detention in April 2021 while my appeal was pending. Since my release from detention, I have complied with all my supervision requirements and I have dedicated myself to mentoring and supporting youth in Harlem so that they do not make the same mistakes that I did.

7.      As a result, I have been granted stays of removal by ICE and I was granted deferred action by ICE in January 2024 after I filed an application for U non-immigrant status with U.S. Citizenship and Immigration Services. I am so grateful that ICE recognized I am an active member of my community in Harlem and worthy of staying in the United States.

*8.*    My application for U non-immigrant status is based on a horrible experience in my past. In 1991, just before my arrest, I was the victim of a shooting that almost took my life. Two bullets hit me and I had to be taken to Metropolitan Hospital in critical condition. I feared I might never walk again. I almost didn't. While in the hospital, I did my best to cooperate with the police investigation. I wish I could say 30 years later that the shooting is a distant memory, but the reality is that I will never forget. It continues to haunt me to this day. I was diagnosed with PTSD and I find that loud noises still trigger intense feelings of fear and anxiety to this day.

9.      While I was detained by ICE and facing the prospect of losing my status as a lawful permanent resident, I sent a request to the New York City Police Department to certify me as a victim of a qualifying crime. This request was sent during the COVID-19 pandemic and I never got a response from them, so I had to move forward with my removal proceedings and I sought protection under the Convention Against Torture, which was denied. I appealed my case to the Board of Immigration Appeals and the Seventh Circuit.

10.     In December 2023, my lawyer told me that NYPD had finally certified me and that I could file my application for U non-immigrant status with USCIS. We filed as quickly as possible and I am now waiting for USCIS to review my application. I know that I need a waiver for my conviction. I know there is a long backlog of applications for U non-immigrant status and USCIS may not review my application for years.

11.     Through my lawyer, I have moved to reopen my removal proceedings, which would allow me to go before an immigration judge and get a waiver of inadmissibility much faster. The judge could then terminate my proceedings so that I do not have to stay in detention or wait outside the United States for years and years while my application is pending.

12.     I am scheduled for a regular check-in with ICE on March 25, 2025. If I am detained, I fear for my health. The last time I was detained, my health was severely endangered and now, four years later, my health has only further deteriorated. I will not have access to my doctors and will not be able to get my scheduled epidural or planned knee surgery.

13. I also fear imminent deportation. I am very scared because I fear for my life if I am sent to Jamaica. Not only do I fear that violent gangs will harm me in Jamaica because they believe I am a snitch who cooperated with the police in the U.S., but I also fear that I will be unable to get treatment for serious health conditions. In Jamaica, I would be unable to access any medical care, I would have no family support, and no way to support myself.

14. I have not been able to obtain a passport from the Jamaican government because they cannot find my birth certificate. I have never seen my birth certificate and have never had a copy. I have tried contacting the Jamaican consulate many times and they have always told me that I need my birth certificate. In May 2024, the Jamaican consulate The consulate called an office in Jamaica to do a search of their records for a birth certificate. The search did not find any records, so the consulate could not help me. In January, my lawyer finally got someone from the Jamaican Registry Department to answer some questions. She was advised to run a search for my Birth Entry ID Number. My attorney ran the search, and we are waiting on the results. We have not heard anything so far.

15. I have heard that recently ICE has started sending people to countries that they are not from. I heard about people who could not be sent back to their country of origin that were sent to Panama and about others who were sent to El Salvador. I am terrified of being sent to any Central American or south American country. As a Black man, who has lived in the United States almost his whole life, who would be sent as a criminal deportee, I fear discrimination and torture in these countries, where I would have no rights.

16. I hope you will consider stopping my deportation to afford me the opportunity to pursue relief that was unavailable to me at the time of my original proceedings.

I. **I came to the United States at 4 Years Old and Grew Up in Harlem**

17. I have very few memories of my life in Jamaica. I remember the sound of the mangos falling from trees onto the roof and I remember the airport when we left Jamaica. In Jamaica, my mother raised myself and my two elder sisters Greta Clarke and Grace Carrington, on her own. My father passed away when I was about 2 years old.

18. My mom brought me to the United States when I was four years old. I entered the United States as a Lawful Permanent Resident on October 28, 1970. I believe my mother took us back to Jamaica for a funeral in 1974, but other than that, I have never returned to Jamaica since then.

19. When we moved to the United Stated, we lived in Harlem, New York. It was not easy for my mom to care for all of us. She was always at work, but she did the best she could. Sometimes, when I would get home from school, my mom would be at work but my older sisters were there to take care of me. In the '70s resources were scarce in Harlem. My mom

worked hard to make sure we had food. We were better off than the people around us—but we were still in the ghetto—and we did not have the necessary resources to get out.

20. At first, I enjoyed school because I liked to learn. I also played various sports like basketball, football, and swimming. However, when I was about eight or nine years old, I started getting into trouble at school. The kids would taunt me about my Jamaican accent, my off-brand clothes, and not knowing the American culture. When my mom found out I was being taunted, she understood why I was getting into fights. People here want immigrants to assimilate, and eventually, I did. The taunting stopped before I started high school. By that time, my accent had faded and I was able to fit in more.

21. I have heard that, "you are a reflection of your environment." Growing up in Harlem, drugs were all around me. As soon as I walked outside my house, I would see people selling drugs or using drugs. It is just what everyone around me did. All the men I saw around me in the community were involved with drugs.

22. When I was fifteen years old, I got into boxing. A guy on my block saw me fighting one day and he told me I had what it takes to be a boxer. He gave me the ring name "Bob Lemon," like the baseball player. A ring name is like a stage name, but for athletes. I talked to my mom about it and started training at Connie's Gym at 125th and Madison Avenue. I was somewhat talented. At one point, I was sparring with professionals and even participated in the 1982 Golden Gloves Championship at Madison Square Garden. I loved boxing because it was an opportunity for me to get out of the ghetto. Unfortunately, my career ended after I hurt my knuckles in a bicycle accident. As a result, I was no longer able to box.

23. In 1985, when I was nineteen years old, I became a father. My son, Aaron Harris Jenkins moved with his mother to Charlotte, North Carolina not long after he was born, but we have been able to maintain a relationship through the years. I am very grateful to his mother for helping make that happen.

**II. After a devastating injury, I got pulled into the sale of drugs in my community – a mistake I will forever regret and try to make amends for.**

24. In the early 1980s, I was training to become a professional boxer. My career was going well until it was derailed by a hand injury and then a few years after, a serious back injury from a car accident. This caused me immense pain and I turned to using drugs in my early 20s, mainly marijuana, but also cocaine. I also came close to trying PCP to manage the pain. This was my first set of bad decisions.

25. I tried to stay involved in my local gym by working as a boxing trainer even after my injuries. That is where I met George Rivera, an aspiring boxer who asked me to train him for a boxing championship. I should have stuck to boxing training. But then George offered me an opportunity to make more money if I agreed to manage the money at one of his street-level drug distribution locations, which was referred to as a "store."

26.     I agreed and I will forever regret agreeing to take this job. At the time, drug usage and drug sales were a regular occurrence in my neighborhood in New York. After my injury, it seemed like I had no other option to make money. I was of course wrong and failed to think about the impact selling drugs would have on so many around me and my future. But at the time, I was focused on finding a way to make money to support my family with my boxing career in shambles. I was the only man in the family and I felt a lot of pressure to take care of my mom, and three sisters, Grace, Kandi, and Greta. I should have gone to college like my sisters. That was another mistake, but at the time, it felt impossible.

27.     My job was to keep track of the money for the store and give it to George. I admit I knew the money was from the sale of heroin.

28.     During my involvement, I never touched the heroin itself or made the actual sale. That was not my role. I also never saw or did anything related to the receiving or packaging of the heroin. I did not know where George got it from or how much he was selling outside of my assigned "store." As far as I could tell, all of the money I made came from the one "store" I watched. I myself have never tried heroin.

29.     When I look back on this big mistake I made, I think about how it was the crack era. I had some friends who were addicted to crack and I saw how harmful that was for them. I even helped one of my friends rehabilitate from his crack addiction. My mom had known him since he was a kid and we let him stay with us as he went through the withdrawal. I did this at the same I was helping George with his sale of drugs. This was a terrible contradiction I reflected on a lot over the years. Why would I help one kid suffering these harms of addiction who to this day is thankful to me, but also at the same time help George sell heroin?

30.     Around 1989, George stopped attending our boxing training sessions. I later found out that he had been indicted and arrested for conspiracy to distribute heroin in the Bronx. The government also arrested and charged 32 other individuals for their role in George's organization at that time. I was not arrested at that time.

31.     Over the next year, I moved on with my life. I attended classes at Kingsborough Community College. I was dreaming of making movies and I wanted to major in Arts Management. Most importantly, I got to be a father to my son Dajon Panton, who was born on October 31, 1989 and my daughter Shamecca Panton, was born on February 24, 1990. I loved being a father. I remember waking up at 3:00 am with Dajon. I loved teaching him new things and I'll especially never forget the day he learned to walk. It was a very special thing to see his first steps. Shamecca was a very smiley baby. She would smile even when I was changing her diaper. Now I see that same smile in her baby, my grandbaby [Name].

32. After the arrests in 1989, I had been nervous that people would think I worked with the government since I was never arrested. Being suspected as a snitch was a dangerous thing in Harlem in that era. Then, on January 10, 1991, I was walking near 123rd and 2nd Avenue when I was shot twice. I was shot in my right hip and on the left side of my face. I will never forget that moment. Everyone in the community was talking about how I was shot because people believed I had cooperated with the government in the arrest of George River and others. But no one wanted to come forward to the police for fear of reprisals or arrest..

33. In 1991, after being shot, I was arrested while at Metropolitan Hospital for my involvement in the drug operation. I was charged with conspiracy to possess and distribute 41 kilograms of heroin in violation of 21 U.S.C. § 812, 21 U.S.C. § 841(a)(1) and 21 U.S.C. 841(b)(1)(A). I was convicted after a months-long trial of several defendants tried together. I received a life sentence for this conviction and served thirty years before a federal judge ordered my release.

34. I deeply regret that I contributed to this drug operation. The fact that I profited on the destruction of other lives was hard to reckon with and it has stayed with me since. I knew that the people buying heroin were addicted and that they could only keep living if they kept using. I had seen the harms of addiction in my community especially with crack cocaine, but I was desensitized and tempted by money. I am fully accountable for my involvement in the conspiracy and understand why I was prosecuted for my role at the time. Today, thirty years later, I teach the lessons I have learned to young people so they can learn from my mistakes instead of making bad decisions like I did as a young man. That is my calling.

### III. Being shot in 1991 was traumatizing and, if not for the amazing care of doctors at Metropolitan Hospital, I could have died.

35. When I was shot on January 10, 1991, I was hit in my right hip and the left side of my face. Before the ambulance arrived, I was going in and out of consciousness. I remember hearing people scream and that would bring be back to consciousness. It felt like hours before the ambulance came. I remember telling a guy to take my boots off because I first felt pain radiating from my hip down my leg and then I started to feel numbness in my legs and I panicked. At the same time, my face was burning and itching all at the same time from the bullet that had hit me on my left side.

36. At the hospital, they gave me morphine through an IV for the pain. I was told that the bullet that entered my hip had hit my bladder. So in addition to fixing my leg, they also had to sew up my bladder and I believe they said I almost had to use a feces bag. The doctors also told me I could maybe lose a leg or I would be off balance in the future. I cannot explain how terrifying it is to think you are going to lose your leg. Fortunately, it turned out that the surgery was successful and I was able to recover slowly and painfully.

37. For my face, they had to remove the bullet and then take a skin graft. I think they took skin from my buttocks to put over my wound on my face.

38. After about five days in the hospital, some detectives came to talk to me. I had spoken briefly with police right after the shooting, but I was in and out of consciousness so I do not think I was very helpful. At the hospital, I was still a little out of it from all the pain medication, but I did my best to answer the officer's questions and be helpful.

39. I do not remember exactly how many days I was in the hospital but I think it was about three weeks. I have tried to get the records, but it was thirty years ago and the hospital said they do not keep records that old. While I was at the hospital, my sisters Grace and Greta were allowed to visit me. The doctor wanted to keep me longer, but they would not let my daughter and son come visit me in the hospital, so I told them I would rather go to the prison, so that I could see my kids.

40. I am very grateful to all the amazing doctors who saved my life and my ability to walk and function. However, about a month or two after I was discharged, I had to be rushed back to the hospital because something was wrong with an artery and vein near my stomach. I am not a doctor, but from what I understood, the artery and the vein were interfering with each other. They had to install a clip in my stomach.

41. I still have some lingering injuries to this day from the shooting. I now have arthritis in my hip that is especially hard when it gets cold. I also have a twitch in my face from the nerve damage.

42. In addition to my physical injuries, I quickly realized that I also was traumatized by what happened. I tried to push through it and act as if I was fine, but in reality, I was having intense nightmares about being shot and dying. I would wake up in the middle of the night sweating. I had these dreams over and over again about the shooting.

43. I also spent my first years in jail terrified that I would be targeted again. I was always worried that something bad would happen. It was my first time in jail and someone had just tried to kill me, so I was always hyper-vigilant and on guard. Someone had tried to kill me for being a suspected snitch and they put me in the one place where everyone hates snitches the most. This anxiousness and anxiety was really hard to manage. I found that I was scared to open up with people because I was afraid of being known as a "snitch".

44. Around 2000, while I was at USP Canaan, I finally asked for help and spoke to a counselor in the psychology department. He referred me to the Chief Psychologist. I think his name was Dr. DePaulia or something along those lines. I met with him many times and he diagnosed me with PTSD. I ended up working as an orderly in the psychology department and would talk with him when I was done with my work. He

always reminded me to concentrate on the fact that I was alive. He taught me how to take deep breaths with my mouth open to calm my heartrate.

45. Even with help, I kept having the nightmare for 15-20 years. Sometimes, the memory would also come back to me in the daytime. For example, if I let myself relax, then suddenly it would come to mind.

46. Now, even though I try to put all of that in my past, I still sometimes have the recurring nightmare and whenever I hear a pop or a quick sound – the shooting comes back to my memory. When it comes to my memory – I feel how I felt. The fear comes back to you. My heart starts to race painfully. Especially when I hear a firecracker or something like that.

IV. **During my time in prison, I pushed myself to better myself and others by taking on leadership positions within the prison and mentoring young people who were in danger of going down the wrong path and ending up in prison.**

47. Although I faced life in prison, I took every opportunity available to me to better myself. Even before my sentence was final, I voluntarily completed over 500 hours of the Comprehensive Drug Unit. I was not addicted to drugs, but I felt it was important to educate myself about addiction if I was going to make amends.

48. While at the Metropolitan Correctional Center in New York pre-sentencing, I found the Law Library. I didn't expect to see all these legal minds working on their cases. They had a clerk that gave me advice about what to read. He helped me analyze certain things. I got hooked on the law. I found positive influences in the law library. A guy named Willy was willing to teach me. He taught me how to Shepardize cases. How to find out what circuit you are in. What Stare Decisis is. I started spending 3 hours a day in the law library. Then I got a job as a clerk at the Atlanta Penitentiary. It was my regular job 7 hours a day to help other people.

49. This ultimately led me to work towards my Bachelor's Degree and a paralegal certificate with a specialization in civil litigation. I also completed various programs to facilitate post-release employment such as Microsoft Office, Business Start-Up, and Industry Safety Training.

50. Early on in my incarceration, I also began to write screenplays. It was way for me to process what had happened to me. I took some creative writing classes, which ultimately inspired me to teach my own classes in the prison. In 2004, I submitted my screen play *Can You Cross Over?* to a competition hosted by the Organization of Black Screenwriters. I was honored to be selected as a finalist and it gave me the confidence I needed to continue writing. I have continued to write and have even written a children's book called "Tell Them The Truth," which aims to teach youth about their history.

51. As the years past and I got older, the guys coming in were younger and younger. They couldn't read or write very well. I ended up helping them. Then I'd see them in the hallway doing something stupid. I would call them in and try to help them with their frustration. They don't make it easy, but I always tried. Eventually, I started being seen as the go-to guy if there was a problem. The guards started seeing me with respect. When they had problems with younger guys, they would come to me and ask me to help. I could help the young guys because I had made bad decisions in the past. I knew where that came from and what it felt like, and I could talk to them and they listened.

52. I also found religion in prison. I knew religion prior to going to jail. I grew up in the church. But when you are in trouble, you start praying for god's help more. Imam Sabree was a Muslim chaplain in the Atlanta penitentiary. He became a role model for me while I was in prison. He was in the streets before he went to Morehouse College and got a degree in language. The day I met him, I was surprised to see someone speak so articulate and truthful about life. After I heard him speak, I was there always after that. That's what led me to start studying and find out more about religion. Religion helped me have hope. I ended up being an Imam at some of the prisons that I served my time at. It was an honor to be seen as a leader and to help others in that role.

53. One of my proudest achievements in prison was the launch of program for youth who were in the family court system in Atlanta. I worked with the psychology department to launch it and I was one of the founding mentors. We called the program the "Slow Down Program," which allowed incarcerated individuals in Atlanta to mentor youth every week who had been arrested or were at risk of being arrested. I had wisdom and experience to offer these young people and they were receptive to my advice. I felt like I had found my calling.

54. We would sit with them and talk about their lives and try and mentor them. I remember one young guy in particular came in and he was dealing drugs. We talked about why he was doing it and I tried to convince him that it would be better to finish school. I was not sure if it worked or not, but later, he sent a letter to the prison to inform me that he had finished school. This kind of victory inspired me to want to keep going.

55. I was also recognized by the prison for one intervention that I made in particular. A young woman came to me and told me that she was experiencing sexual abuse at home. I listened to her story and did my best to make sure she felt supported as I encouraged her to ask for help and report what was happening, which she did. Moments like these gave me sense of purpose despite my life sentence and energized me to continue pushing myself to do better.

56. I was lucky to have my family support me while I was in prison. My sisters were always there for me. Because of their support, I was able to cut off the guys that I knew from the

neighborhood. My family gave me strength to do the right thing. Throughout my time in BOP, I had an exemplary disciplinary record. I only received 6 disciplinary infractions in nearly 30 years, none of which involved violence, weapons, gangs, or narcotics.

57. I also have to credit the mothers of my children too. They helped me keep a relationship with my children while I was incarcerated and that made me want to be better. I feel really proud that my son Dajon has become a New York City Police Officer. When he was trying to decide what to do with his life, I tried to steer him to being of service to his community. I could not be prouder of him and I am so grateful that he now lives close to me and we see each other every week.

V. **In August 2020, a federal judge reduced my life sentence to time served based on my rehabilitation and I was released from prison – only to be detained by Immigration and Customs Enforcement.**

58. Thanks to the First Step Act, which was signed into law by President Obama, I got the opportunity to request a reduction in my sentence. I filed a motion *pro se,* and Judge Preska appointed Harlan Protass as my lawyer. In 2020, Judge Preska reduced my sentence to time served. I will never forget what she wrote in her decision. She wrote that I had shown I was "fully rehabilitated" and that I was deserving of being home with my family. I remember feeling proud that all my work had paid off and that a judge who sees these types of cases everyday saw that I have changed and I am capable of doing good for others.

59. In August 2020, I was released and then detained. Immigration Customs Enforcement (ICE) picked me up from Big Sandy correctional facility in Kentucky and commenced removal proceedings against me based on my drug conviction.

60. While I was in detention, I tried to request certification for a U visa from the New York City Police Department, however I never got a final decision and I thought it was a lost cause.

VI. **After my release from ICE detention, I returned to Harlem and committed myself to making reparations in my community.**

61. ICE released me from detention in April 2021. When I first got out, I went to Florida with my sisters. They were spoiling me. I knew they would help me get a job. But I knew I had to do something in New York. I know being regretful is not enough. You have to make reparations, in the same place you polluted.

62. When I got to New York, I found out that all the people who used to sell drugs had a job and nobody from my generation was in drugs anymore. But I also knew from my experience in prison that there are things we can do with youngsters to make them realize

10

they are making a big mistake getting involved with things like drugs and they don't need to go to jail to realize it.

63. I know I can help youth see that a life of selling drugs and violence is not worth it. My dream is that they do not have to go to jail to realize how they are hurting themselves and the people around them like I did. This mission is a way for me to attempt to make things right with myself. So I choose to give back to my community by giving youth the life lessons that I learned in prison.

64. Now I argue for the soul of young people by telling them not to make the mistakes I did. I reconnected with other men from Harlem who had also gone to prison and wanted to make change. I founded a group called "Ingenious I Am" with Mahdi Salaam, a poet laureate, to start mentoring youth. We launched the "Too Young To Die" Campaign, which is committed to helping young people.

65. As part of the campaign, we have a suicide prevention hotline that runs directly to my cell phone and we collaborate with community organizations to organize events for youth. For example, during the summer of 2022, I partnered with Antonio Hendrickson, the founder of Lead By Example, Reverse the Trend to run an 8 week summer program for teenagers. It met three times a week and included counseling and group activities. We need more programs like this in Harlem and it inspired me to continue developing programs to keep youth busy and prepare them for successful careers. Similarly, in the summer of 2023, I worked with Urban Home Ownership Corporation to design a summer internship program that would teach young people trades.

66. Since my release, I have also been able to become more involved in my children's lives. My son Dajon lives in Harlem and has a one year old daughter, Olivia Panton. I am so proud of everything he has accomplished and it has been such a privilege to support him, his wife and daughter. I go over to their home multiple times per week to help with child care. I'm often one of the only people who can get Olivia to sleep.

67. My daughter, Shamecca is living in Georgia with her daughter. The two of them visit me in New York often and we have even talked about the possibility of her moving in with me in New York if I am able to stay in the United States.

68. My eldest son Aaron currently lives in North Carolina, where I have been able to visit him. However, he has been struggling to find work. He plans to move to New York, so that I can support him. It means so much to me to be able to support my children now since I was not able to be physically present in their lives during my incarceration.

69. I have lived in the United States for 50 years, but in some ways, I feel like I am just now living the life I always dreamed of. I hope I will get the chance to continue my work here in Harlem, my true home.

**VII.** **As I age, I have developed severe chronic pain issues and I require at least two surgeries that have been recommended by my doctors. If I am deported, I would not be able to obtain these surgeries and I fear I would be unable to care and provide for myself.**

70. I am currently being treated by a team of doctors for chronic pain, which has been debilitating for the last two years. My primary care doctor is Dr. Haider at Metropolitan Hospital. He has connected me to a team of specialists in New York which include three different orthopedic surgeons, a pain management specialist, a physiatrist, and a neurologist.

71. I already had to have one surgery on my knee in 2022 and I have worked hard at physical therapy. Unfortunately, my pain has only worsened, and I am now scheduling a second knee surgery, and I plan to have back surgery after that.

72. My deportation now would cut me off from my medical team and jeopardize my recovery. I hope you will consider my planned medical operations and grant me an extension of my deferred action status so that I can receive necessary treatment and recover properly under the supervision of my medical team in New York with assistance from my family in New York.

73. I have a history of hypertension, and I have arthritis in my hip and nerve damage in my face from when I was the victim of a shooting in 1991. However, currently, my most significant pain currently stems from a series of accidents I have suffered in the last two years.

74. In January 2022, I was a passenger in a car that was T-boned. I was badly hurt and was taken to the hospital in an ambulance. My most serious injuries were to my back, my neck, and my right knee. As a result, I was certified as disabled by Dr. Joyce Goldenberg, a Physiatrist at Central Park Physical Medicine and Rehabilitation. I have been receiving physical therapy treatment from Dr. Goldenberg in New York ever since the accident.

75. According to my doctors, I sustained a stress fracture in my spine and multiple disc herniations in my back that were compressing my spinal cord and the thecal sac. A spine surgeon, Dr. Auerbach recommended back surgery. I have tried for the last two years to resolve this through physical therapy instead of surgery, but my pain has continued. I am being treated by Dr. Ari Lerner for pain management.

76. At the time, I chose not to have back surgery after the accident because I had to first have knee surgery on my right knee to repair a tear in my meniscus. My orthopedic knee surgeon was Dr. Steven Struhl. It was not recommended to try recovering from two major surgeries at the same time. Plus, I still have trauma from the surgeries I had to have when

I was younger after being shot, so I've tried everything medically possible to avoid surgery.

77. Unfortunately, while I was still recovering from the knee surgery, in July 2022, I slipped and fell and reinjured my right knee. Despite two years of treatment, I still have a lot of pain in my knee and my back. I have to take pain medication every day.

78. Without medication, my pain is a 7 out of 10 on a normal day. Even with medication, I can't stand for more than 20 minutes, and my doctors have told me never to lift more than 20 pounds. I can't take public transportation because it would require too much walking, and I can't handle the stairs.

79. In March 2024, I had a new MRI on my knee and Dr. Struhl determined that I need a second surgery. Dr. Struhl's office is currently in the process of scheduling me for that surgery in New York. Earlier this month, I completed some necessary lab work and I hope that it will be scheduled shortly.

80. I am hoping that once my knee surgery is over, I can focus on resolving the chronic pain in my back and hip that has resulted in horrible muscle spasms and numbness on the right side of my body. In the last six months, the muscle spasms have been so bad that on some days I can't walk and have to stay in bed. I have a cane that I use when my pain is particularly bad. I am currently consulting with Dr. Thomas Youm, an orthopedic hip surgeon in New York, regarding my back and hip pain. A recent MRI shows a cartilage tear on my hip that could be exacerbating my pain.

81. To help me manage my pain before back surgery, I am scheduled to get a lower back epidural on March 27, 2025 with Dr. Ari Lerner of Pain Management Specialists of New York. If I am detained, I will not be able to get this necessary relief for my pain.

82. On top of this long-term pain, this past summer, I was hit by a car in a second car accident. I had to go to Harlem Hospital because I was feeling dizzy and almost passed out. It turned out that I had a concussion. I filed a police report after the accident. I am being treated by Dr. Peter Kwan and have to see him every three weeks. I have been waking up dizzy and with vertigo and I have been having more memory problems. I can tell that I am not myself right now and I have been prescribed medication.

83. In New York, I have an extensive support system that has helped me manage my pain and will help me recover from upcoming surgeries. Most importantly, I have been able to find work that requires minimal physical exertion through my dear friend Sheila Davis Dotson, who until recently worked with me at Urban Home Ownership Corporation. I am taking time away from working right now to focus on recovering my health. My son Dajon Panton and my son Aaron Jenkins will be able to help care for me as I recover from my surgeries to avoid another fall like the one I had in 2022.

84. If I am deported to Jamaica, I will not have health insurance and will not be able to afford or access medical services. I am terrified that I will not be able to care for myself and my pain will make it impossible for me to find work and even basic day-to-day activities. Even if I were able to get surgery, without my family and support system, I wouldn't be able to recover from a surgery and I would risk re-injuring myself further. I have nowhere to live in Jamaica, and I would have no way to support myself or pay for even basic needs like food or medicine. No one is going to hire an elderly disabled man who has no work experience in Jamaica. As I said, New York is different because I have family and friends who know and trust me and make it possible to continue working and supporting the community.

85. I want to fight for my health to improve so that I can be there for my kids and grandchildren and for all the amazing young people in Harlem whose lives I have helped turn around through programs like Too Young to Die and Lead by Example. People like me have to work hard so that the next generation can live better, happier lives.

86. I also fear that my past will come back to haunt me in Jamaica, where there are not the same law enforcement protections that we have here. I worry that I will encounter people who still think of me a "snitch" and would try to kill me again. I know that there is a lot of gang violence in Jamaica and I fear that gangs would target me because of past and my criminal record. All they will know about me is my criminal record. They wont know everything I have done to change my life.

87. Despite my fears of deportation, because of religion, I wake up and think every day is a good day because you woke up. God knows what is coming and I hope you will see that I am a changed man who deserves a second chance. I made bad decisions. I regret those and use them to guide me even all these years later in every interaction I have with my family and with the youth who talk to me.

88. I wish I could take away the bad decisions I made, but all I can do is apologize for them. I just keep working to use those times to guide others. To use my mistakes to help other people. I hope you will have room for my redemption. I hope the Creator accepts my repentance.

--- CONTINUED ON NEXT PAGE --

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and understanding.

*Robert Panton*
Robert Savio Panton

03/24/2025
Date

15