# Exh 9

 **Outlook**

---

**Re: Request to Extend Deferred Action for Robert Panton A031 257 320)**

---

**From** Olivia Abrecht <oabrecht@immigrantjustice.org>
**Date** Thu 3/13/2025 3:32 PM
**To** Rodriguez, Jaime N <Jaime.N.Rodriguez@ice.dhs.gov>

Dear Officer Rodriguez,

Thank you so much for following up and letting us know. Would it be possible to share Officer William Lee's contact information or that of a supervisor with me so that I can follow up?

much appreciated,

Olivia Abrecht
Staff Attorney, Detention Team
**National Immigrant Justice Center**
**111 W. Jackson Blvd, Suite 800, Chicago, IL 60604**
T: (312) 224-1348| F: (312) 224-1348| E: oabrecht@immigrantjustice.org
www.immigrantjustice.org | Facebook | Twitter


Stand with NIJC to uphold justice and human rights by donating online at immigrantjustice.org/donate.

---

**From:** Rodriguez, Jaime N <Jaime.N.Rodriguez@ice.dhs.gov>
**Sent:** Thursday, March 13, 2025 1:48 PM
**To:** Olivia Abrecht <oabrecht@immigrantjustice.org>
**Subject:** RE: Request to Extend Deferred Action for Robert Panton A031 257 320)

Good afternoon Ms. Abrecht,

I am no longer the case officer assigned to Mr. Panton's case as I am working in a different unit since January 13, 2025.
The officer assigned to his case is Officer William Lee (whom I have forwarded your email, I also forwarded it to his Supervisor as well).

Respectfully,

*Jaime Rodriguez*
**Deportation Officer / Special Projects Unit**
**New York City Field Office**
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
**26 Federal Plaza, 9th floor, room 9-110**
**New York, N.Y.  10278**

1

Phone: 646-296-3820
Fax: 212-264-3991

From: Olivia Abrecht <oabrecht@immigrantjustice.org>
Sent: Tuesday, March 11, 2025 5:34 PM
To: Rodriguez, Jaime N <Jaime.N.Rodriguez@ice.dhs.gov>
Subject: Re: Request to Extend Deferred Action for Robert Panton A031 257 320)

You don't often get email from oabrecht@immigrantjustice.org. Learn why this is important

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Dear Officer Rodriguez,

I am following up on our January 7, 2025 request for an extension of Mr. Panton's Deferred Action status. Mr. Panton's check-in is approaching on March 25, 2025 and his current deferred action status expires then. We are requesting an extension of that Deferred Action status for 12 to 24 months. Mr. Panton warrants an extension of deferred action out of medical necessity while his application for U nonimmigrant status to USCIS and his motion to reopen proceedings before the Board of Immigration Appeals are adjudicated.

As discussed in our original request, Mr. Panton is in need of significant medical care in New York to address severe, debilitating chronic pain. He is currently working with Dr. Steven Struhl to schedule a surgery on his right knee as soon as possible. *See* Panton Request for Deferred Action, filed on Jan. 7, 2025. Today, he completed necessary lab work with his primary care provider, Dr. Haider, and he is now waiting on a final MRI before the surgery date may be finalized.

After recovering from his knee surgery, he will schedule a back surgery that has been recommended by doctors after physical therapy has proven unsuccessful. *Id.* He is currently scheduled to receive a lower back epidural on March 27 at Pain Management Specialists of New York, with a follow up appointment scheduled for April 18, 2025. *See attached* documentation from Pain Management Specialists of New York. In New York, Mr. Panton is receiving treatment from a large team of specialists that include a neurologist, orthopedic surgeons, and a physiatrist. However, in Jamaica, as discussed in his original request, Mr. Panton would not have access to this necessary medical care and his health would be endangered.

Mr. Panton will be attending his check-in on March 25, 2025 accompanied by counsel. We would greatly appreciate notice of a decision prior to his check-in. If deferred action is denied, we plan to file a request for an administrative stay at his check-in and would also file a stay with the Board of Immigration Appeals. Mr. Panton and counsel have been endeavoring to obtain a passport for him. Following consultation with the Jamaica's Registrar General Department, we were informed that in order to obtain a birth certificate, which is a necessary requirement for obtaining a passport, Mr. Panton would have to locate his Birth Entry ID number. On January 29, 2025, we initiated a search for Mr. Panton's Birth Entry Number and continue to await the results. *See* attached Confirmation of Search for Birth Entry ID. As such, Mr. Panton is still in the process of obtaining a passport and is waiting on the registrar general's department to respond to his request.

Thank you very much and please do not hesitate to reach out by email or by phone at 312-224-1348.

2

Olivia Abrecht
Staff Attorney, Detention Team
National Immigrant Justice Center
**111 W. Jackson Blvd, Suite 800, Chicago, IL 60604**
T: (312) 224-1348| F: (312) 224-1348| E: oabrecht@immigrantjustice.org
www.immigrantjustice.org | Facebook | Twitter


Stand with NIJC to uphold justice and human rights by donating online at immigrantjustice.org/donate.

---

**From:** Rodriguez, Jaime N <Jaime.N.Rodriguez@ice.dhs.gov>
**Sent:** Tuesday, January 7, 2025 8:55 AM
**To:** Olivia Abrecht <oabrecht@immigrantjustice.org>
**Cc:** Genalo, Kenneth <Kenneth.Genalo@ice.dhs.gov>; Morales, Alberto <Alberto.Morales@ice.dhs.gov>; King Jr., Kevin M <Kevin.M.KingJr@ice.dhs.gov>
**Subject:** RE: Request to Extend Deferred Action for Robert Panton A031 257 320)

Good morning counsel,

I am in receipt of your Request to extend Deferred Action on behalf of your client Mr. Panton.

Respectfully,

## *Jaime Rodriguez*
**Deportation Officer
DHS/ICE/ERO
ATD/ISAP Unit
26 Federal Plaza, 9th floor, room 9-110
New York, N.Y.  10278
Office: 212-436-9334
Cell: 646-296-3820
Fax: 212-264-3991**

---

**From:** Olivia Abrecht <oabrecht@immigrantjustice.org>
**Sent:** Tuesday, January 7, 2025 9:44 AM
**To:** Rodriguez, Jaime N <Jaime.N.Rodriguez@ice.dhs.gov>
**Cc:** Genalo, Kenneth <kenneth.genalo@ice.dhs.gov>
**Subject:** Request to Extend Deferred Action for Robert Panton A031 257 320)

You don't often get email from oabrecht@immigrantjustice.org. Learn why this is important

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Good Morning,

I represent Mr. Robert Panton (A031 257 320). Please find attached a request to extend Mr. Panton's deferred action status due to medical necessity — namely to receive two surgeries

3

over the next year which his medical team have recommended and which he would not be able to obtain in Jamaica.

I would very much appreciate it if you would confirm receipt and please do not hesitate to contact me with any questions.

Best,

Olivia Abrecht
Staff Attorney, Detention Team
**National Immigrant Justice Center**
**111 W. Jackson Blvd, Suite 800, Chicago, IL 60604**
T: (312) 224-1348| F: (312) 224-1348| E: oabrecht@immigrantjustice.org
www.immigrantjustice.org | Facebook | Twitter


Stand with NIJC to uphold justice and human rights by donating online at immigrantjustice.org/donate.

**Follow Up:**

04/18/2025
@ 3:45pm



**Injection:**

Lower back Epidural
↓
03/27/2025
@ 3pm

Pain Management Specialists
OF NEW YORK
25-15 Crescent Street
Astoria, NY 11102

## PRE-PROCEDURE INSTRUCTIONS
(please read the following instructions carefully)

- Please allow two and a half hours for your procedure appointment. This time will be needed for the purpose of check in, pre-procedure, anesthesia assessment and recovery from procedure.
- Loose fitting clothes such as sweatpants and sweatshirt or similar are recommended but not required.
- You must let us know if you are taking Warfarin (Coumadin), Rivaroxaben (Xarelto), Dabigatran (Pradaxa), Apixaban (Eloquis) or greater than 325mg of Aspirin per day as this may affect your proposed procedure.
- You must let us know if you have an implanted Pacemaker or Defibrillator.
- If you are taking Clopidogrel (Plavix) we will require a letter from your primary care physician or cardiologist stating it is safe to stop this medication 7 days prior to the proposed procedure.
- Do not stop any medication prior to consulting with our office and your primary care physician or physician specialist.
- If you are taking medications for diabetes or if you are taking (or will begin taking) antibiotics prior to the procedure, please advise our office prior to the procedure.

### For procedures where SEDATION ANESTHESIA is being given please note the following MANDATORY special instructions:

- You must have someone drive and/or accompany you to your appointment or you will not be able to have the procedure that day. You must be discharged to an adult following the procedure for your own safety.
- If your procedure is in the morning: **DO NOT eat or drink anything after midnight on the night before the procedure.** If your procedure is in the afternoon: **DO NOT eat or drink anything six hours before the scheduled time of your procedure.** This includes no chewing gum, candy, mints, chips, snacks, tea, coffee or water.
- You may take your regular medications in the morning of the procedure with a sip of water.

### We will call you to confirm the procedure date.



25-15 Crescent Street, Astoria, NY 11102 • phone (718) 932-1740

5

Government of Jamaica

# Registrar General's Department

*We aim to satisfy*

| Home | Products & Services | Marriage Officer | News & Events | About Us | Vital Statistics | Documents and Forms |



**TRACKING NO.:** 81303384577

**Order Information**

| | |
|---|---|
| Order ID: | 2025012981303384577 |
| Order Placed: | Wednesday, January 29, 2025 3:55 PM |
| Name: | Olivia Abrecht |
| Billing Address: | 5117 S. Cornell Ave |
| | Chicago |

**Payment Method**

| | |
|---|---|
| Card Information: | VISA |
| Auth Code: | 02349C |
| Transaction Type: | Purchase |

(Please write down your tracking number for the tracking of the application just made. The processing time for your research request is 4-6 weeks.)

**Payment**

| | |
|---|---|
| Product Description | Birth Certificate |
| Service Type | Regular Search Service |
| Unit Price | $250.00 |
| Number of additional copies | 0 X $500.00 |
| **PAID** | **$250.00 JMD** |

*If you ordered an extra copy, its five hundred dollars($500) per copy*

---

**REGISTRAR GENERAL'S DEPARTMENT**

*"We aim to satisfy"*

Twickenham Park, St. Catherine ● 876-749-0550, 876-619-1260 ● information@rgd.gov.jm

[Print this page]

---

**Contact Us**
Address: Twickenham Park, St. Catherine
Telephone: 876-749-0550 / 876-619-1260
Email: information@rgd.gov.jm

**Other Locations**
Kingston, Portmore, Mandeville, Santa Cruz, Savanna-la-mar, Montego Bay, St. Ann's Bay, May Pen, Port Antonio

**Follow Us**

PASSPORT OFFICE OF JAMAICA | MINISTRY OF JUSTICE | JAMAICA INFORMATION SERVICE | MINISTRY OF HEALTH | REGISTRAR OF COMPANIES

ACCEPTED CREDIT CARDS

SiteMap | Privacy | Policy

Copyright © Registrar General's Department An Executive Agency since April 1, 1999.

7