# EXHIBIT D

*Office of Enforcement and Removal Operations*
*New York Field Office*

**U.S. Department of Homeland Security**
26 Federal Plaza, Suite 1105
New York, N.Y. 10278



**U.S. Immigration and Customs Enforcement**

September 6, 2022

National Immigrant Justice Center
Attention: Diana Rashid
Detention Project Staff Attorney
224 S. Michigan Avenue, Suite 600
Chicago, IL 60604

Re: PANTON, Robert (A031 257 320) Request for Deferred Action

Dear Ms. Rashid,

I have received and reviewed the request for deferred action submitted by your colleague, Lhesly Fernandez. I have carefully reviewed your client's immigration and criminal history. In addition, I have carefully considered the assertions made in your colleague's request for deferred action, specifically Mr. Panton's equities, contributions to the community and medical concerns.

Upon review of all the aggravating and mitigating factors, I have determined that there is no compelling reason to warrant a favorable exercise of discretion. Your request for Deferred Action is therefore, denied. Please be advised that there is no administrative appeal from this decision.

If you have any questions, please contact Deportation Officer R. Medina at 212-436-9324.

Sincerely,

Kenneth Genalo
Acting Field Office Director
New York Field Office

www.ice.gov