# EXHIBIT E

Office of Enforcement and Removal Operations
New York Field Office

**U.S. Department of Homeland Security**
26 Federal Plaza, Suite 1105
New York, N.Y. 10278



September 27, 2022

National Immigrant Justice Center
Attention: Diana Rashid
Detention Project Staff Attorney
224 S. Michigan Avenue, Suite 600
Chicago, IL 60604

Re: Application for a Stay of Deportation or Removal
    Robert Savio Panton, A031 257 320

Dear Ms. Diana Rashid:

I have reviewed your request for an administrative Stay of Removal. After a review of your client's administrative file as well as the facts and circumstances presented in your request, I have decided to grant your request for an administrative Stay of Removal.

The Stay of Removal will be granted for a period of one year from the date of this letter. Your client has been issued an Order of Supervision (OSUP) with electronic monitoring and is required to comply with the conditions as set forth in the OSUP.

Please be advised that a Stay of Removal is not an immigration benefit or an indefinite form of relief from removal. Any change in the facts or circumstances of your client's case may result in this office reconsidering its decision. As always, your client must keep this office informed of any change in address.

If you have any questions, please contact Deportation Officer R. Medina at 212-436-9324.

Sincerely,

*[signature] For*

Kenneth Genalo
Acting Field Office Director

www.ice.gov