# EXHIBIT G

Office of Enforcement and Removal Operations
Field Office: New York City

**U.S. Department of Homeland Security**
26 Federal Plaza, Suite 1105
New York, N.Y. 10278



**U.S. Immigration and Customs Enforcement**

August 25, 2023

Olivia Abrecht, Esq.
Detention Project Staff Attorney
National Immigrant Justice Center
224 S. Michigan Avenue, Suite 600
Chicago, IL 60604

Re: Robert Savio PANTON, A031 257 320

Dear Counselor Abrecht:

I have thoroughly reviewed the Form I-246, "*Application for a Stay of Deportation or Removal*," which you filed on behalf of your client referenced above. I have also carefully reviewed your client's immigration and criminal history and have considered the representations that you have made in your request for an extension of his administrative stay of removal, specifically, but not limited to, Mr. Panton's equities, including his contributions to the community and his medical concerns. I have also considered the letter of support authored by the Honorable Congressman Adriano Espaillat on your client's behalf.

As you know, on September 27, 2022, I granted a year-long administrative stay of removal to Mr. Panton because at the time of that request, Mr. Panton had a petition for review pending before the United States Court of Appeals for the Seventh Circuit, challenging his removal. As you are also likely aware, that petition for review was denied on June 15, 2023. I have determined that there is no longer a compelling reason to warrant an extension of the stay of removal and, therefore, the request is denied. Furthermore, Mr. Panton will not be granted deferred action. Please be advised that there is no administrative appeal from this decision.

That said, in my discretion, I will grant your client the opportunity to arrange for his removal (i.e., the execution of his removal order) from the United States at his own expense on or before March 26, 2024, thus avoiding the need for further detention. This opportunity is contingent on his reporting on September 27, 2023, at 11:00am to his Deportation Officer at 26 Federal Plaza, 9th floor, Room 9-110 for evaluation and placement on the Alternatives to Detention (ATD) program with GPS monitoring.

Robert Savio PANTON, A031 257 320
Pg 2

Any violation of the ATD program may cause a revocation of this discretionary opportunity to self-remove and re-arrest by ERO. Should you have any questions regarding this matter, kindly contact Deportation Officer, J. Rodriguez, either telephonically at (646) 296-3820, or via email at Jaime.N.Rodriguez@ice.dhs.gov.

                                              Sincerely,

                                              Kenneth Genalo
                                              Field Office Director

cc: the Honorable Congressman Adriano Espaillat