# EXHIBIT I

Office of Enforcement and Removal Operations
Field Office New York City

**U.S. Department of Homeland Security**
26 Federal Plaza, Suite 1105
New York, N.Y. 10278



**U.S. Immigration and Customs Enforcement**

September 25, 2024

National Immigrant Justice Center
Attention: Olivia Abrecht
Detention Project Staff Attorney
224 S. Michigan Avenue, Suite 600
Chicago, IL 60604

Re: PANTON, Robert (A031 257 320) Request for Deferred Action

Dear Ms. Abrecht,

I have reviewed the request for deferred action and in the alternative a stay for removal submitted on behalf of your client, Robert Panton. After a review of your client's administrative file, I have decided to grant your request for deferred action.

The deferred action will be granted until March 25, 2025. Mr. Panton will be required to report in person to the New York Field Office, 26 Federal Plaza, 9th Floor, Room 9-110, New York, NY 10278 on March 25, 2025.

Please be advised that deferred action is not an immigration benefit or indefinite form of relief from removal. Any change in the facts or circumstances of your client's case may result in this office reconsidering its decision. As always, your client must keep this office informed of any change in address and continue to comply with the requirements of the Intensive Supervision Appearance Program. This decision may not be appealed.

If you have any questions, please contact Deportation Officer J. Rodriguez at 646-296-3820 or email Jaime.N.Rodriguez@ice.dhs.gov.

Sincerely,

Kenneth Genalo
Field Office Director

cc: the Honorable Congressman Adriano Espaillat