# EXHIBIT J

*Office of Enforcement and Removal Operations*
*Field Office New York City*

**U.S. Department of Homeland Security**
26 Federal Plaza, Suite 1105
New York, N.Y. 10278



March 25, 2025

National Immigrant Justice Center
Attention: Olivia Abrecht
Detention Project Staff Attorney
224 S. Michigan Avenue, Suite 600
Chicago, IL 60604

Re:  Request for Deferred Action for Robert PANTON, A031 257 320

Dear Ms. Abrecht,

I have received your request for an extension of deferred action which you filed on behalf of your client, Robert Panton.  I have reviewed your client's immigration history and carefully considered the assertions made in your request for the extension of deferred action.

Upon a review of all the aggravating and mitigating factors in your client's case, I have determined that there are no compelling reasons to warrant a favorable exercise of discretion in his case; therefore, your request for an extension of deferred action is denied. Please be advised that there is no administrative appeal from this decision.

Should you have any further questions in this matter, please do not hesitate to contact Deportation Officer W. Lee at 332-323-1734.

                                                        Sincerely,

WILLIAM P JOYCE   Digitally signed by WILLIAM P JOYCE
                  Date: 2025.03.25 14:02:43 -04'00'

William P. Joyce
Acting Field Office Director
Field Office New York City

cc: A file