# EXHIBIT K



of Enforcement and Removal Operations
Office New York

**U.S. Department of Homeland Security**
26 Federal Plaza
New York City, New York 10278

## U.S. Immigration and Customs Enforcement

PANTON, Robert                                          A# 031 257 320
c/o Immigration and Customs Enforcement
New York Field Office

### Notice of Revocation of Release

This letter is to inform you that your case has been reviewed, and it has been determined that you will be kept in the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview on account of changed circumstances in your case.

ICE has determined that you can be expeditiously removed from the United States pursuant to the outstanding order of removal against you. On June 23, 2021, you were ordered removed to Jamaica by an authorized U.S. DHS/DOJ official and you are subject to an administratively final order of removal.

Based on the above, and pursuant to 8 CFR 241.4, you are to remain in ICE custody at this time. You will promptly be afforded an informal interview at which you will be given an opportunity to respond to the reasons for the revocation. If you are not released after the informal interview, you will receive notification of a new review, which will occur within approximately three months of the date of this notice.

You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to affect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

**Alberto Morales Jr. Assistant Field Office Director**                **March 25, 2025**
Signature and Title of Deciding Official                                Date

**TO BE SERVED PRIOR TO INFORMAL INTERVIEW PER 8 CFR 241.13(i) WHEN
RELEASE REVOKED DUE TO CHANGED CIRCUMSTANCES**

Notice of Revocation of Re___se
A # 031 257 320 PANTON, Robert                                      **Page 2**

---

## PROOF OF SERVICE

**(1) Personal Service (Officer to complete both (a) and (b) below.)**

(a)    I        S. Capone                    Deportation Officer
                Name of ICE Officer              Title

Certify that I served **PANTON, Robert** with a copy of
                        Name of detainee

This document at ____ 26 Federal Plaza New York, NY on March 25, 2025 at
                        Institution                          Date          Time

(b)    I certify that I served the custodian __S. Capone_____,

                                              Name of Official
____Deportation Officer, at_____26 Federal Plaza, New York, NY_____, on
        Title                          Institution

____March 25, 2025_____with a copy of this document.
        Date

### OR

(2)    **Service by certified mail, return receipt.  (Attach copy of receipt)**

I _____,_____ certify
            Name of ICE Officer                    Title
That I served _____and the custodian _____
                Name of detainee                          Name of Official

With a copy of this document by certified mail at _____ on _____
                                                    Institution      Date

__Refusal to sign_____          03/25/2025
Alien's Signature                              Date

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File

ALIEN INFORMAL INTERVIEW

UPON REVOCATION OF ORDER OF SUPERVISION UNDER

8 C.F.R. § 241.4(l); 8 C.F.R. § 241.13(i)


STATEMENT OF ___Panton, Robert_____

A File # _____031 257 320_____

Detention Location _____New York, NY_____

INTERVIEWING ICE OFFICER: ___Do Capone_____ New York, NY_____
                      [Print Name, Title & Duty Station]


On ___March 25, 2025___, I conducted an initial informal interview of the detainee listed above in order to afford the alien an opportunity to respond to the reasons for revocation of his or her order of supervision stated in the notification letter. At the interview, the alien made the following oral response regarding the reasons for revocation:

I want to stay in this country,


The detainee [did] [did not] provide a written statement or oral statement. The detainee [did] [did not] provide any documents. Any documents provided are attached.


_____
Signature of Interviewing Officer


**FOR INTERNAL USE ONLY**