# Exh. 1

**SUPPLEMENTARY DECLARATION OF ROBERT S. PANTON**

I declare under penalty of perjury under the laws of the United States that the following is true and correct to the best of my knowledge:

1. My name is Robert Savio Panton and I am currently detained in the custody of Immigration and Customs Enforcement at Batavia Detention Center in New York.

**Events Prior to Redetention**

2. Prior to my detention I was living in Harlem at 135 W. 123rd St Apt 1A, New York, NY 10025.

3. Since my release from ICE detention in April 2021, I have complied with all requirements of my supervision.

4. After my release from detention, I had to check-in with ICE regularly. I have never missed an ICE check-in and I have had no new arrests.

5. I was also enrolled in the Intensive Supervision Appearance Program (ISAP) and put on electronic monitoring through the Smart Link application. This is an application on your phone that allows you to check-in with your ISAP case worker and confirms your location. I did regular check-ins with my ISAP case worker at their office or by phone. I also regularly complied with home visits that are either virtual or in person. I completed a home visit in February 2025 with no problems.

6. In September 2023, I was put on an ankle monitor by ICE when I was told I had six months to self-deport. However, the ankle monitor was quickly removed because it was exacerbating my medical conditions. Not long after that, ICE granted me deferred action.

7. Anytime I have needed to travel outside of the state of New York, I have asked for permission and I have been given that permission.

8. I have also updated ICE at each of my check-ins about my efforts to obtain a Jamaican passport. The Jamaican consulate has been unable to help me because they say that they cannot find my birth certificate. I have never seen a copy of my birth certificate and never had one in my possession. All I have is a photocopy of an expired passport from when I was a child. After consulting with the Jamaican Registry Department, my attorney conducted a search of their system for my Birth Entry ID Number. We have provided ICE with evidence of that search, but are still waiting for the results of the search. Without the Birth Entry ID Number, I cannot get a birth certificate and I cannot get a passport.

**Redetention on March 25, 2025**

9. On March 25, 2025, I was detained at my regular check-in with ICE at 26 Federal Plaza in New York City.

10. On the morning of March 25, 2025, I attended my scheduled check-in with ICE at 26 Federal Plaza accompanied by my attorneys, Olivia Abrecht and Elizabeth Gibson, my son, NYPD Officer Dajon Panton, and my partner, Sheila Davis Dotson.

11. When we arrived, my son told security guards that he was an NYPD officer and was carrying an NYPD issued weapon. Security guards told him that he would not be able to enter the building, and he left. I did not think that this would be the last time I saw my son.

12. My partner Sheila and my attorneys were allowed to accompany me inside the building. As directed on the letter from Field Office Director Genalo from September 25, 2025, my attorneys and I went to the ninth floor of 26 Federal Plaza. We were told by security guards to return to the first floor and speak with officers there.

13. On the first floor, we waited in line and eventually spoke to an officer who told us to report to the fifth floor. When the officer looked up my case in his system, he started laughing and said something like "I know what's going on here". He asked me what I had done that I needed so many lawyers. When my attorney mentioned that I have a pending application for a U visa, a pending motion to reopen, and a pending request for deferred action based on my medical conditions, he said something like "Yea, I bet you hurt yourself playing basketball" and laughed.

14. On the fifth floor, I was taken inside a waiting room. My attorneys and my partner Sheila were not allowed inside. They had to wait in the hall. The security guard told us that this was a new regulation.

15. I had a seat and waited for the officer to say something to me. Finally, I saw an officer, who I believe was Officer Morales. I said, "should I be worried?" He said he had no idea what was going on. Then an officer in a red polo went out to the hall and got my attorneys. My attorneys went into his office and spoke with him. When they came out, I asked them what was going on. They said that the officer was not familiar with my case and was going to review the papers they had given him. My attorneys were not allowed to wait with me and were forced to go back to the hall.

16. I sat there for a couple of hours by myself. Then, Officer Derolus, who had been my Deportation Officer in the past, came over to talk to me. I told him I was waiting for them to come talk to me. He said this is a new administration and a new time. Then he went outside to talk to my attorneys.

17. Then, four officers came out of the room and walked up to me. One of them said, "Robert, you are going to be under arrest". They handcuffed me and took me to the basement. I was fingerprinted and then I was interviewed by an officer. I was scared and my mind was racing. It was hard for me to focus. I don't know if that is because I was so scared or because of my concussion, which has affected my ability to focus. I think the interview only lasted less than ten minutes.

18. I remember the officer asking me if I had a passport. I don't have a passport and I tried to explain that I couldn't get one.

19. The officer never told me why I was being detained. At the very end of the interview, he asked me if there was anything else I wanted to tell him. All I could think to say was that I wanted to be in this country. I remember at some point I asked him if my attorneys were still here and he said they were upstairs. I would have wanted my lawyers to be able to answer that question.

20. I don't remember ever being asked about my medical conditions by any ICE officer. At some point, someone asked me if I had medications on me.

21. I was kept in a bullpen in the basement for many hours. I asked for pain medication, but never got any. Sometime after 7:00pm, I went in a van to Batavia. I was handcuffed by my wrists and my ankles in the van for the six hour drive. It was very painful.

## Current Situation at Batavia

22. At Batavia, my pain and concussion symptoms have only gotten worse.

23. At intake, a nurse came, I told her I was in pain. The nurse took all the information, but didn't give me any medication or anything. We switched out clothes, took a shower, and then they switched my cane and gave me a medical cane and took my knee brace. I got a different knee brace a couple of days later.

24. At Batavia, I have been given pain medication and my medication for my concussion, but my pain is still very bad. It's at a 7 out of 10 right now. I really needed the lower back epidural because regular pain medication doesn't do enough for my back pain. The medical provider at Batavia told me it would not be possible to get such a procedure in detention. The steel bed and thin mattress here have made my back pain worse to the point where I only sleep a few hours per night.

25. I am also feeling very dizzy and I am not able to focus. These are symptoms I have been managing since my concussion, but they are getting worse.

26. We are locked in cells for 18 hours a day here and I am in a single cell by myself. The isolation, stress and lack of sleep are making my ability to focus even worse.

27. In April I was supposed to go to the dentist to get a dental procedure to repair a fractured implant, which is causing me pain. I currently have a metal plate in my mouth until they can repair that implant. When I spoke to the provider at Batavia, I mentioned this, but she said that would not be able to happen at Batavia.

28. In addition to missing my doctors' appointments, my detention is also preventing me from working with my attorney Anthony Hirschberger. I am a plaintiff in a lawsuit in the Southern District of New York against the U.S. Postal Service. The 2022 car accident that led to my injuries involved a postal service truck. I was a passenger in a car that was T boned by the postal service truck. My injuries included tears to my meniscus, multiple disc herniations that impinged on my spinal cord, and an injury to my neck.

29. The lawsuit was filed in January 2024. We expect depositions in the next few months. If I am not in the country, I will be unable to appear for depositions, unable to be at trial, and unable to work with my attorney.

30. I am also represented by Richard Sulzman in a lawsuit related to my second accident in July 2022, where I slipped and fell and reinjured my knee and for which I required a second surgery on my knee. The case is in Bronx County, Supreme Court of the State of New York. There are supposed to be depositions scheduled for April 14, 2025. I am supposed to be deposed. I have not yet been able to speak with my attorney since I was detained.

31. I did not think I would be detained on March 25, 2025 and I did not get the chance to make arrangements or say goodbye to my loved ones.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge,

*Robert Panton*                                                                                          04/01/2025

Robert Savio Panton                                                                              Date