UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT PANTON,<br><br>                              Petitioner,<br><br>                    -v.-<br><br>WILLIAM JOYCE, Acting New York Field Office Director for U.S. Immigration and Customs Enforcement; SIRCE E. OWEN, Acting Director of the Executive Office for Immigration Review (EOIR); PAMELA JO BONDI, Attorney General of the United States; KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>                              Respondents. | 25 Civ. 2451 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    For the reasons set forth on the record by the Court during the video conference held on April 4, 2025, the Court DENIES Petitioner's motion for a temporary restraining order and/or a preliminary injunction. The Clerk of Court is directed to terminate the motion at docket entry 3. Respondents are directed to submit a letter proposing a schedule for their response on or before **April 9, 2025**.

    SO ORDERED.

Dated:  April 4, 2025
           New York, New York

                                                          KATHERINE POLK FAILLA
                                                         United States District Judge