

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 30, 2025

By ECF
Hon. Katherine Polk Failla
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

      Re:    *Panton v. Joyce*, 25 Civ. 2451 (KPF)

Dear Judge Failla:

      This Office represents the Respondents in the above-referenced action brought by Petitioner Robert Panton, who is presently detained by U.S. Immigration and Customs Enforcement ("ICE") in Batavia, New York. I write respectfully to request a one-week extension of Respondents' time to respond to the amended petition filed on April 18, 2025. Dkt. No. 22.

      Respondents' opposition to the amended petition is currently due on Friday, May 2, 2025. Dkt. No. 21. I respectfully request a one-week extension of that deadline to Friday, May 9, 2025. I request this extension to permit ICE and this Office to finish gathering relevant materials and preparing the responsive filings. Additional time is also necessary given the press of business, including other matters that I am handling and supervising with deadlines this week, and so I respectfully request that the Court grant the above-requested extension of the briefing schedule.

      This is Respondents' first request for an extension of the deadline to respond to the amended petition. If granted, Petitioner's reply in support of the amended petition, which is currently due on Monday, May 12, 2025, should similarly be extended such to Monday, May 19, 2025. Petitioner consents to this request.

We thank the Court for its consideration of this request.

>Respectfully submitted,
>
>JAY CLAYTON
>United States Attorney
>
>By:   s/ Anthony J. Sun
>ANTHONY J. SUN
>Assistant United States Attorney
>86 Chambers Street, 3rd Floor
>New York, New York 10007
>Telephone: (212) 637-2810
>E-mail: anthony.sun@usdoj.gov
>*Attorney for Respondents*

cc: Counsel of record (via ECF)

```
Application GRANTED.  The deadline for the opposition is
adjourned to May 9, 2025, and the deadline for the reply is
adjourned to May 19, 2025.

The Clerk of Court is directed to terminate the pending motion at
docket entry 29.

Dated:    May 1, 2025                SO ORDERED.
          New York, New York
```

*(signature)*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE