UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT PANTON,<br><br>      Petitioner,<br><br>v.<br><br>WILLIAM JOYCE, *et al.*,<br><br>      Respondents. | Case No. 1:25-cv-02451-KPF |

**MOTION FOR WITHDRAWAL OF ATTORNEY**

      Pursuant to Southern District of New York Local Civil Rule 1.4, undersigned counsel hereby move to withdraw Ruben Loyo as counsel in the above-captioned matter on the ground that he will no longer be an attorney with the National Immigrant Justice Center (NIJC), effective May 16, 2025. Charles Roth, an attorney with the same organization, entered his appearance on May 13, 2025, and will remain as lead counsel for the Petitioner. Dkt. 37. Petitioner will also continue to be represented by Attorneys Sarah T. Gillman and Sarah Decker of RFK Human Rights. Petitioner will be served a copy of this Motion by first class mail and fax at the Buffalo (Batavia) Service Processing Center, 4250 Federal Drive, Batavia, NY 14020. For the foregoing reasons, undersigned counsel request that the Court grant this Motion for Withdrawal.

Dated: May 15, 2025
       New York, NY

Respectfully submitted,

/s/ Ruben Loyo
Ruben Loyo (RL 1254)
NATIONAL IMMIGRANT JUSTICE CENTER
111 W. Jackson Blvd., Suite 800

Chicago, IL 60604
Tel.: (312) 660-1312
rloyo@immigrantjustice.org


s/Charles Roth
Charles Roth (CR 2839041)
NATIONAL IMMIGRANT JUSTICE CENTER
111 W. Jackson Blvd. Suite 800
Chicago, IL 60604
Tel.: (312) 660-1613
croth@immigrantjustice.org


/s/ Sarah E. Decker
Sarah E. Decker (SD 5850763)
ROBERT F. KENNEDY HUMAN RIGHTS
1300 19th Street NW, Suite 750
Washington, DC 20036
Tel.: (646) 289-5593
decker@rfkhumanrights.org

/s/ Sarah T. Gillman
Sarah T. Gillman (SG 9273)
ROBERT F. KENNEDY HUMAN RIGHTS
88 Pine Street, 8th Floor, Suite 801
New York, New York 10005
Tel.: (646) 289-5593
gillman@rfkhumanrights.org


COUNSEL FOR PETITIONER

2